B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Kansas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Boyles, Michael Wayne | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Boyles, Amanda Renee |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>dba CalMarc Construction LLC; dba Duracast Concrete; dba<br>CalMarc Lawncare LLC | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Amanda Stotts; dba A&M Hardware; dba CalMarc Farms<br>LLC |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   1424 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   1275 |
| Street Address of Debtor (No. and Street, City, and State)<br>7605 Marlborough Drive<br>Fort Worth, TX                           ZIPCODE 76134 | Street Address of Joint Debtor (No. and Street, City, and State<br>7605 Marlborough Drive<br>Fort Worth, TX                           ZIPCODE 76134 |
| County of Residence or of the Principal Place of Business:<br>~~Sedgwick~~ Tarrant | County of Residence or of the Principal Place of Business:<br>~~Sedgwick~~ Tarrant |
| Mailing Address of Debtor (if different from street address):<br><br><br>                           ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br><br>                           ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>                           ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached

- ☐ Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.

- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**   **Chapter 11 Debtors**

- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- ☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes**

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                                          THIS SPACE IS FOR COURT USE ONLY

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☑ 100-199 | ☐ 200-999 | ☐ 1000-5000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Michael Wayne Boyles & Amanda Renee Boyles |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)                Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
### (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
### (Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Michael Wayne Boyles & Amanda Renee Boyles |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Michael Wayne Boyles
Signature of Debtor

**X** /s/ Amanda Renee Boyles
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

01/13/2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

(Date)

### Signature of Attorney*

**X** /s/ W. Thomas Gilman
Signature of Attorney for Debtor(s)

W. THOMAS GILMAN 11867
Printed Name of Attorney for Debtor(s)

Redmond & Nazar, LLP
Firm Name

245 N. Waco, Ste. 402
Address

Wichita, KS 67202

(316) 262-8361   wtgilman@redmondnazar.com
Telephone Number            e-mail

01/13/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
### District of Kansas

Michael Wayne Boyles & Amanda Renee
Boyles

In re_____        Case No._____
                    Debtor(s)                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**

❏  Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _____/s/ Michael Wayne Boyles_____

MICHAEL WAYNE BOYLES

Date: _____01/13/2011_____

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF



# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 23, 2010</u>, at <u>3:10</u> o'clock <u>PM CDT</u>, <u>Michael Boyles</u> received from <u>Consumer Credit Counseling Service, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Kansas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date: <u>September 23, 2010</u>     By: <u>/s/Ryan N Deitchler</u>

Name: <u>Ryan N Deitchler</u>

Title: <u>Certified Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# UNITED STATES BANKRUPTCY COURT
### District of Kansas

Michael Wayne Boyles & Amanda Renee
Boyles

In re_____     Case No._____
          Debtor(s)                                      (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-30ZY-04210 - Adobe PDF

❐  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
   ❐   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ❐   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
   ❐   Active military duty in a military combat zone.

❐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor: ___/s/ Amanda Renee Boyles_____
                           AMANDA RENEE BOYLES

Date: ___01/13/2011_____

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

Certificate Number: 02748-KS-CC-012437091



02748-KS-CC-012437091

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 23, 2010</u>, at <u>3:10</u> o'clock <u>PM CDT</u>, <u>Amanda Boyles</u> received from <u>Consumer Credit Counseling Service, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Kansas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date: <u>September 23, 2010</u>       By:    <u>/s/Ryan N Deitchler</u>

                                      Name:  <u>Ryan N Deitchler</u>

                                      Title: <u>Certified Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# United States Bankruptcy Court

## District of Kansas

In re     Michael Wayne Boyles & Amanda Renee Boyles

         _____

                    Debtor

Case No.    _____

Chapter    7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 417,900 | | |
| B – Personal Property | YES | 4 | $ 67,917 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 544,282 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 2,088 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 22 | | $ 289,185 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 0 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 400 |
| **TOTAL** | | 38 | $ 485,817 | $ 835,555 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-30ZY-04210 - Adobe PDF

# United States Bankruptcy Court
### District of Kansas

In re    Michael Wayne Boyles & Amanda Renee Boyles      Case No. _____

          Debtor

          Chapter     7  _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   N.A. |
| Student Loan Obligations (from Schedule F) | $   N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $   N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   N.A. |
| TOTAL | $   N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   N.A. |
| Average Expenses (from Schedule J, Line 18) | $   N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4. Total from Schedule F | | $   N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re   Michael Wayne Boyles & Amanda Renee Boyles       Case No. _____
_____
       **Debtor**                                               **(If known)**

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 418 South 6th Street<br>Colwich KS<br>value is debtors' estimate<br>(In foreclosure) | | J | 155,000 | 128,756 |
| Wellington property (In foreclosure)<br>Spec House for CalMarc<br>Lot owned by Miller Management<br>1010 Myles Drive, Wellington KS | | J | 189,900 | 168,431 |
| Commercial Building in Colwich, KS<br>(owned by A&M Hardware)<br>341 W. Wichita Ave<br>value is debtors' estimate | | J | 63,000 | 118,322 |
| Greensburg, Kansas 2 Lots<br>418 and 424 Spruce, Greensburg KS | | J | 10,000 | 95,000 |
| | | Total ➤ | 417,900 | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re   Michael Wayne Boyles & Amanda Renee Boyles      Case No. _____
_____
         **Debtor**                                                       **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand<br>Debtors' Possession | J | 5 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Savings Account Personal<br>Wells Fargo<br>Acct #xxxx0460<br>Debtors' Possession | J | 5 |
| | | Checking Account<br>First Natl Bank Wellington<br>Acct #xxxx9004<br>Business - A&M Hardware<br>Debtors' Possession | W | 0 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods & Furnishings<br>Debtors' Possession<br>value is debtors' estimate | J | 2,750 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, pictures, etc.<br>Included in household goods, above. | J | 0 |
| 6. Wearing apparel. | | Clothing<br>Debtors' Possession<br>value is debtors' estimate | J | 250 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re  Michael Wayne Boyles & Amanda Renee Boyles                     Case No. _____
                    **Debtor**                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7.  Furs and jewelry. | | Jewelry<br>Wedding rings, necklace, earrings, watch<br>Debtors' Possession<br>value is debtors' estimate | J | 1,000 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Guns<br>See attached list<br>Debtors' possession<br>Value is debtors' estimate | J | 1,400 |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance<br>Farm Bureau<br>Debtors' Possession<br>Cash value of approx. $1,100 purchased more than 1 year prior to filing date | H | 1,100 |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Interests in Businesses<br><br>The debtors have membership interests in CalMarc Construction LLC; CalMarc Lawncare LLC; A&M Hardware; and CalMarc Farms LLC | J | 0 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re <u>Michael Wayne Boyles & Amanda Renee Boyles</u>     Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Tax Refunds<br>No tax refunds are anticipated. | J | 0 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Chevy Silverado HD<br>Debtors' Possession<br>value is debtors' estimate | J | 15,000 |
| | | Enclosed Trailer<br>debtors' possession (CalMarc)<br>value is debtors' estimate | J | 5,532 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment<br>desk, file cabinet<br>Debtors' Possession<br>value is debtors' estimate | J | 25 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re <u>Michael Wayne Boyles & Amanda Renee Boyles</u>     Case No. _____
             **Debtor**                                                 **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Tools - Business<br>See Attached List<br>Debtors' possession<br>used for construction business<br>value is debtors' estimate | J | 6,350 |
| | | Fork Lift<br>Located at A&M Hardware Building in Colwich, KS<br>value is debtors' estimate | J | 4,500 |
| | | Shelving<br>Located at A&M Hardware Building in Colwich, KS<br>value is debtors' estimate | J | 3,000 |
| | | POS Computer System<br>Located at A&M Hardware Building in Colwich, KS<br>value is debtors' estimate | J | 2,000 |
| 30. Inventory. | | Inventory<br>Located at A&M Hardware Building in Colwich, KS<br>value is debtors' estimate | J | 25,000 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Water softener<br>Debtors' possession in Texas | J | Unknown |

                    <u>     0     </u> continuation sheets attached     Total    $       67,917

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

MICHAEL W. BOYLES AND AMANDA R. BOYLES
SCHEDULE B, #8 - Firearms

| Item: | Value: |
|---|---|
| Remington 870 12 ga | 150 |
| Weatherby 12 ga | 350 |
| Sig Saur 22 cal pistol | 150 |
| 17 cal rifle | 100 |
| Browning 300 WSM | 350 |
| Browning A-Bolt | 300 |
| Total | 1400 |

MICHAEL W. BOYLES AND AMANDA R. BOYLES
SCHEDULE B, #29 - Machinery, fixtures, equipment and supplies used in business

| Item: | Value: |
|---|---|
| Table Saw | 300 |
| Table Saw | 200 |
| Planer | 100 |
| Door Plane | 50 |
| Belt sander | 50 |
| Router | 100 |
| Router | 150 |
| Router table | 150 |
| 18v drill | 150 |
| 14v drill | 150 |
| Multimaster | 150 |
| Masonary Drill | 150 |
| 12" chop saw | 200 |
| 10" chop saw | 150 |
| 14" chop saw | 100 |
| biscuit joiner | 100 |
| sander | 50 |
| sander | 25 |
| generator | 250 |
| scaffold | 150 |
| 4' ladder | 50 |
| 6' ladder | 75 |
| 8' ladder | 75 |
| 24' ext ladder | 150 |
| 12' ext ladder | 100 |
| saw stand | 50 |
| saw stand | 50 |
| jawhorse | 100 |
| compressor | 250 |
| compressor | 100 |
| framing nailer | 50 |
| siding nailer | 50 |
| 15 ga trim nailer | 100 |
| 16 ga trim nailer | 50 |
| 16 ga trim nailer | 50 |
| 18 ga trim nailer | 50 |
| 18 ga trim nailer | 50 |
| 18 ga trim nailer | 50 |
| 18 ga trim nailer | 50 |
| 1/4 crown stapler | 50 |
| 3/8 drill | 50 |
| Drywall screw gun | 75 |
| Drywall screw gun | 100 |
| 18 ga cordless | 150 |
| 16 ga cordless | 150 |
| shop vac | 30 |
| shop vac | 30 |
| airless paint sprayer | 200 |
| airless paint sprayer | 400 |
| 4' level | 20 |
| 4' level | 20 |
| 2' level | 20 |
| skill saw | 100 |
| mixing drill | 100 |
| mixing drill | 30 |
| clamps | 100 |
| misc hand tools | 500 |
| **Total** | **6350** |

In re    Michael Wayne Boyles & Amanda Renee Boyles                          Case No. _____
                                    **Debtor**                                                                  **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                          ☐  Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)                               $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Life Insurance | KS § 60-2313(a)(7) | 1,100 | 1,100 |
| Household Goods & Furnishings | KS § 60-2304(a) | 2,750 | 2,750 |
| Clothing | KS § 60-2304(a) | 250 | 250 |
| Jewelry | KS § 60-2304(b) | 1,000 | 1,000 |
| Office equipment | KS § 60-2304(e) | 25 | 25 |
| Tools - Business | KS § 60-2304(e) | 6,350 | 6,350 |
| Books, pictures, etc. | KS § 60-2304(a) | 0 | 0 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

MICHAEL W. BOYLES and AMANDA RENEE BOYLES
Supplement to Schedule D and Schedule F

The creditors whose claims are marked "disputed" in Schedules D and F are disputed because they are a corporate/business debts, owed by the companies that the debtors owned, and are not personal debts owed by the debtors, absent a guaranty agreement or another basis to assert personal liability.

In re ___Michael Wayne Boyles & Amanda Renee Boyles___,      Case No. _____

                 **Debtor**                                                                   **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0816<br><br>Ally Financial<br>P O Box 380901<br>Bloomington MN 55438 | | J | Lien: Vehicle Loan<br>Security: 2008 Chevy Silverado<br>GMAC ON TITLE<br><br>VALUE $ 15,000 | | | | 33,773 | 18,773 |
| ACCOUNT NO.<br><br>Bank of Commerce<br>201 W Harvey Ave<br>Wellington KS 67152 | | J | Lien: Mortgage<br>Security: Wellington Property - Spec House<br>Calmarc Business Debt (Lot owned by Miller Management)<br><br>VALUE $ 189,900 | | | | 151,931 | 0 |
| ACCOUNT NO.<br><br>Chase Home Finance LLC<br>Attn Customer Care<br>P O Box 24696<br>Columbus OH 43224-0696 | | J | Lien: First Mortgage<br>Security: 418 South 6th Street, Colwich<br>In foreclosure<br><br>VALUE $ 155,000 | | | | 128,756 | 0 |

   __2__ continuation sheets attached

Subtotal ▶    $    314,460      $    18,773
(Total of this page)

Total ▶    $             $
(Use only on last page)

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont**.

In re ___Michael Wayne Boyles & Amanda Renee Boyles___ ,          Case No. _____

**Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> First Natl Bank of Wellington <br> P O Box 398 <br> Wellington KS 67152 | | J | Security: Colwich Building <br> A&M Hardware business debt <br><br><br> VALUE $            63,000 | | | X | 43,322 | 0 |
| ACCOUNT NO. <br><br> First Natl Bank of Wellington <br> P O Box 398 <br> Wellington KS 67152 | | J | Security: Tools; Greensburg lots; enclosed trailer <br> Avoidance of Lien on tools <br><br> VALUE $            21,882 | | | | 95,000 | 73,118 |
| ACCOUNT NO. <br><br> Kansas Center for Entrepreneurship Inc <br> 1845 Fairmount <br> P O Box 202 <br> Wichita KS 67260 | | J | Security: A&M Hardware - equipment, inventory, accts receivable <br> A&M Hardware business debt <br> VALUE $            0 | | | X | Unknown | Unknown |
| ACCOUNT NO. <br><br> Miller Managerment Co <br> P O Box 612 <br> Wellington KS 67152 | | J | Lien: SBA operating loan <br> Security: Wellington Spec House Lots <br> CalMarc business debt <br> VALUE $            0 | | | | 16,500 | 16,500 |
| ACCOUNT NO. <br><br> Southern Central Kansas  Economic Development District <br> 200 W Douglas Ste 710 <br> Wichita KS 67202 | | J | Lien: SBA Loan <br> Security: 2nd Mtg Building, Inventory, Equipment <br> A&M Hardware business debt <br> VALUE $            117,500 | | | X | 75,000 | 822 <br> This amount based upon existence of Superior Liens |

Sheet no. _1_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | | |
|---|---|---|
| Subtotal (s) <br> (Total(s) of this page) | $   229,822 | $   90,440 |
| Total(s) <br> (Use only on last page) | $   544,282 | $   109,213 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re  Michael Wayne Boyles & Amanda Renee Boyles
_____,  Case No._____
                 Debtor                                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re  Michael Wayne Boyles & Amanda Renee Boyles          ,          Case No._____
_____
                      Debtor                                                                              (if known)

 

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

 

☐   **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

 

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

 

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

 

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

    *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

 

 

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

 

                  2   **continuation sheets attached**

In re  Michael Wayne Boyles & Amanda Renee Boyles      ,      Case No. _____
        **Debtor**                                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)      **Sec. 507(a)(8)**

**Type of Priority for Claims Listed on This Sheet**

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |
| Internal Revenue Service 271 W 3rd Street N Suite 3000 STOP 5333 WIC Wichita KS 67202 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| Internal Revenue Service Centralized Insolvency Operations P O Box 7346 Philadelphia, PA 19101-7346 | | J | | | | X | Unknown | Unknown | Unknown |
| ACCOUNT NO. | | | | | | | | | |
| Kansas Department of Labor Delinquent Account Unit 401 SW Topeka Blvd Topeka KS 66603-3182 | | J | Consideration: Tax Lien CalMarc Construction business debt | | | X | 81 | 81 | 0 |
| ACCOUNT NO. | | | | | | | | | |
| Kansas Dept of Revenue Civil Tax Enforcement PO Box 12005 Topeka KS 66612-2005 | | | CalMarc Construction business debt | | | | 2,007 | 0 | 2,007 |

Sheet no.  1  of  2  continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ► (Totals of this page) | $      2,088 | $      81 | $      2,007 |
| Total ► (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

B6E (Official Form 6E) (04/10) - Cont.

In re   Michael Wayne Boyles & Amanda Renee Boyles        ,        Case No. _____
                          Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>US Attorney's Office<br>301 North Main Ste 1200<br>Wichita, KS 67202 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)  $   0   |  $   |  $

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)  $   2,088

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $   |  $   81  |  $   2,007

B6F (Official Form 6F) (12/07)

In re  Michael Wayne Boyles & Amanda Renee Boyles              Case No. _____
        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Acme Brick Co P O Drawer 99198 Ft Worth TX 76199 | | J | | | | | Unknown |
| ACCOUNT NO. | | | | | | | |
| Debbie Adolph 115 W Garfield Greensburg KS 67054 | | J | | | | | Unknown |
| ACCOUNT NO. | | | Consideration: Medical Services | | | | |
| Affiliated Medical Services Lab P O Box 12127 Wichita KS 67277 | | J | | | | | Unknown |
| ACCOUNT NO. | | | Representing Orgill | | | | |
| Albert G McLean The Hardison Law Firm PC 119 S Main St Suite 800 Memphis TN 38103-3685 | | | | | | | Notice Only |

_____21_____ continuation sheets attached

Subtotal ►  $              0

Total ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re   Michael Wayne Boyles & Amanda Renee Boyles   ,          Case No. _____
        **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. American Finasco 12818 Hwy 105 West Ste 1A Conroe TX 77304 | | J | Legal Services - CalMarc business debt | | | X | 160 |
| ACCOUNT NO. Andale Lumber aka Pat Reichenberger Lumber P O Box 46 Andale KS 67001 | | J | Consideration: supplier CalMarc business debt | | | X | 3,234 |
| ACCOUNT NO. Anders Chiropractic 124 W 15th St Wellington KS 67152 | | J | Consideration: Medical Services | | | | 350 |
| ACCOUNT NO. Andover Rental 328 N Andover Road Andover KS 67002 | | | Rental of Truck/Damage | | | | Unknown |
| ACCOUNT NO. APAC 530 Highway 81 Wellington KS 67152 | | J | Consideration: subcontractor CalMarc business debt | | | X | 750 |

Sheet no. ___1___ of _21_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $     4,494

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re <u>Michael Wayne Boyles & Amanda Renee Boyles</u>,  Case No. _____
   <span style="text-align:center">Debtor</span>                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> B&B Lumber <br> 10808 W 39th St S <br> Wichita KS 67215 | | J | Consideration: supplier <br> CalMarc business debt | | | X | 32,000 |
| ACCOUNT NO. <br><br> Barry's Westside Marine <br> 2450 N 167th St West <br> Colwich KS 67030 | | J | Consideration: boat repairs | | | | 1,000 |
| ACCOUNT NO. <br><br> Berman & Rabin <br> P O Box 12370 <br> Overland Park KS 66282 | | | Representing Hajoca Corp | | | | Notice Only |
| ACCOUNT NO. <br><br> Black Hills <br> P O Box 6006 <br> Rapid City SD 57709 | | J | Consideration: utilities <br> A&M Hardware business debt | | | X | 1,120 |
| ACCOUNT NO. <br><br> Blish Mize <br> 223 S 5th <br> Atchinson KS 66002 | | J | A&M Hardware business debt | | | X | 150 |

Sheet no. __2__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 34,270

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

<span style="writing-mode:vertical">Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF</span>

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Michael Wayne Boyles & Amanda Renee Boyles</u> ,          Case No. _____
          **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Blue Rhino <br> P O Box 2811956 <br> Atlanta GA 30384 | | J | Consideration: propane tanks <br> A&M Hardware business debt | | | X | 400 |
| ACCOUNT NO. <br><br> Buddy Rhodes <br> 1500 17th St <br> San Francisco CA 94107 | | J | Consideration: supplier of inventory <br> A&M Hardware business debt | | | X | 4,224 |
| ACCOUNT NO. <br><br> CEC Operations LLC <br> 800 Main Place Ste 208 <br> Winfield KS 67156 | | | | | | | Unknown |
| ACCOUNT NO. <br><br> Cheney Door Co <br> 136 S Lulu <br> Wichita KS 67211 | | J | Consideration: subcontractor <br> CalMarc business debt | | | X | 450 |
| ACCOUNT NO. <br><br> Cintas Corporation <br> 9333 E 35th St N <br> Wichita KS 67226 | | J | Consideration: mats <br> A&M Hardware business debt | | | X | 90 |

Sheet no. <u>3</u> of <u>21</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 5,164

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re   Michael Wayne Boyles & Amanda Renee Boyles   ,     Case No. _____
_____**Debtor**_____                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Citicapital Commercial Corporation<br>3950 Regent Blvd<br>Irving TX 75063 | | J | CalMarc Construction business debt | | | | Unknown |
| ACCOUNT NO.<br><br>City of Colwich<br>310 S Second St<br>Colwich KS 67030 | | J | Consideration: water for store<br>A&M Hardware business debt | | | X | 78 |
| ACCOUNT NO.<br><br>City of Greensburg<br>239 S Main<br>Greensburg KS 67054 | | J | CalMarc business debt | | | X | 647 |
| ACCOUNT NO.<br><br>City of Wellington<br>317 S Washington Ave<br>Wellington KS 67152 | | J | Consideration: utilities for spec house<br>CalMarc business debt | | | X | 79 |
| ACCOUNT NO.<br><br>Chris Collinsworth<br>CMB & Associates LLC<br>18352 Dallas Pkwy Suite 136-207<br>Dallas TX 75287 | | | Representing Crawford Supply | | | | Notice Only |

Sheet no. __4__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 804

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re <u>Michael Wayne Boyles & Amanda Renee Boyles</u> ,     Case No. _____
        **Debtor**                                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Colonial Life Insurance<br>P O Box 1365<br>Columbia SC 29202-1365 | | W | Consideration: quarterly premium | | | | 121 |
| ACCOUNT NO.<br><br>Contractor's Waterproofing<br>103 W 2nd Ave<br>Cheney KS 67025 | | J | Consideration: subcontractor<br>CalMarc business debt | | | X | 750 |
| ACCOUNT NO.<br><br>Cox Communications<br>1400 Lake Hearn Dr<br>Atlanta GA 30319 | | J | Consideration: utilities / contract buyout<br>A&M Hardware business debt | | | X | 2,000 |
| ACCOUNT NO. 4-01<br><br>Cox Communications<br>P O Box 679<br>Wichita KS 67201 | | J | Consideration: internet / phone service | | | | 347 |
| ACCOUNT NO.<br><br>Crawford Supply<br>P O Box 363<br>Plainville KS 67663 | | J | Consideration: NSF Check Returned - Inventory<br>A&M Hardware business debt | | | X | 5,555 |

Sheet no. <u>5</u> of <u>21</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 8,773

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Michael Wayne Boyles & Amanda Renee Boyles    ,      Case No. _____
                        **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Crete Molds<br>1297 Christopher Ct<br>Oconomowoc WI 53066 | | J | Consideration: supplier of inventory<br>A&M Hardware business debt | | | X | 979 |
| ACCOUNT NO.  0928<br><br>Discover Financial Services<br>P O Box 30943<br>Salt Lake City UT 84130-0943 | | J | Consideration: Credit card debt | | | | 9,645 |
| ACCOUNT NO.<br><br>Dish Network<br>1305 E Waterman St Suite A<br>Wichita KS 67211-1729 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Dish Network<br>9601 S Meridian Blvd<br>Englewood CO 80112 | | J | | | | | 250 |
| ACCOUNT NO.<br><br>Dodson's Grand Rental<br>500 N Burleson Blvd<br>Burleson TX 76028 | | | Rental of Truck/Damage | | | | Unknown |

Sheet no.  6  of  21  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          10,874

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re ___Michael Wayne Boyles & Amanda Renee Boyles___,          Case No. _____
            **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Doug Reh Chevrolet<br>1501 E First<br>Pratt KS 67124 | | J | Consideration: truck repairs<br>CalMarc business debt | | | X | 377 |
| ACCOUNT NO.<br><br>Scott and Jill Eller<br>200 S Grove<br>Greensburg KS 67054 | | J | | | | | Unknown |
| ACCOUNT NO.  9761<br><br>Emergency Services Prof Assoc<br>P O Box 548<br>Wichita KS 67201 | | J | Consideration: Medical Services | | | | 228 |
| ACCOUNT NO.<br><br>Even Temp of Wichita Inc<br>216 S Commerce<br>Wichita KS 67202 | | J | Consideration: hvac, plumbing<br>CalMarc business debt | | | X | 122,670 |
| ACCOUNT NO.  5047<br><br>Farm Bureau<br>5400 University Ave<br>West Des Moines IA 50266-5997 | | J | Consideration: Insurance Policy | | | | 651 |

Sheet no. __7__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      123,926

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re <u>Michael Wayne Boyles & Amanda Renee Boyles</u> ,     Case No. _____
**Debtor**

**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Fastsigns<br>232 S West St<br>Wichita KS 67213 | | J | Consideration: Advertising<br>CalMarc business debt | | | X | 1,646 |
| ACCOUNT NO.<br><br>Financial Corp of America<br>12515 Research Blvd Bldg 2 Ste 100<br>Austin TX 78759 | | J | Representing Wesley Medical Center | | | | Notice Only |
| ACCOUNT NO.<br><br>First Natl Bank of Wellington<br>P O Box 398<br>Wellington KS 67152 | | J | Vehicles, trailers, etc. (secured items) returned | X | X | | Unknown |
| ACCOUNT NO.<br><br>Fleener Furniture & Floor Covering<br>114 W Florida<br>Greensburg KS 67054 | | J | Consideration: carpet<br>CalMarc business debt | | | X | 10,316 |
| ACCOUNT NO.<br><br>Forest Supply Co<br>701 S Spencer Rd<br>Newton KS 67114 | | J | Consideration: supplier of inventory<br>A&M Hardware business debt | | | X | 25 |

Sheet no. <u>8</u> of <u>21</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     11,987

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re   Michael Wayne Boyles & Amanda Renee Boyles      ,      Case No. _____
         **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Business debt | | | | |
| Four States Supply 12785 Highway Ff Joplin MO 64804-7825 | | J | | | | X | 2,300 |
| ACCOUNT NO. | | | | | | | |
| Fremar Corporation LLC 5720 N Broadway Wichita KS 67219 | | J | | | | | 150 |
| ACCOUNT NO. | | | | | | | |
| Randy and Dee Fulton 1215 S Main Greensburg KS 67054 | | J | | | | | Unknown |
| ACCOUNT NO.  6400 | | | Consideration: Credit card debt | | | | |
| GE Money / Care Credit Attn Bankruptcy Dept P O Box 103106 Roswell GA 30076 | | J | | | | | 750 |
| ACCOUNT NO.  4722 | | | Consideration: Credit card debt | | | | |
| GE Money / Lowes Visa Attn Bankruptcy Dept P O Box 103104 Roswell GA 30076 | | J | | | | | 563 |

Sheet no. _9_ of _21_ continuation sheets attached                                          Subtotal ►   $            3,763
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                                   Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re　Michael Wayne Boyles & Amanda Renee Boyles　,　　Case No. _____

**Debtor**　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　　　　　　　　　　General Distributors 800 E Indianapolis Wichita KS 67211 | | J | Consideration: NFS Check Returned - Inventory A&M Hardware business debt | | | X | 950 |
| ACCOUNT NO.　　　　　　　　　　Golden Rule Insurance c/o Receivable Management Services P O Box 3099 Naperville IL 60563 | | J | | | | | 521 |
| ACCOUNT NO.　　　　　　　　　　Gordon B Stull 1320 E First St P O Box 345 Pratt KS 67124 | | | Representing Ken West | | | | Notice Only |
| ACCOUNT NO.　　　　　　　　　　Steven W Graber 714 Poyntz Ave Suite C Manhattan KS 66502 | | | Representing Morning Star Farms | | | | Notice Only |
| ACCOUNT NO.　　　　　　　　　　Greensburg Home Lumber 715 E Kansas Ave Greensburg KS 67054 | | J | Consideration: supplier CalMarc business debt | | | X | 1,362 |

Sheet no. __10__ of __21__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $　2,833

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re  Michael Wayne Boyles & Amanda Renee Boyles ,          Case No. _____
                        **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Greensburg Tire<br>810 E Kansas Ave<br>Greensburg KS 67054 | | J | Consideration: tires<br>CalMarc business debt | | | | 990 |
| ACCOUNT NO.<br><br>Hajoca Corp<br>127 Coulter Avenue<br>Ardmore PA 19003-2473 | | J | Consideration: supplier of inventory<br>A&M Hardware business debt | | | X | 811 |
| ACCOUNT NO.<br><br>Hancock Excavating<br>430 E 63rd St S<br>Wichita KS 67216 | | J | Consideration: subcontractor<br>CalMarc business debt | | | X | 750 |
| ACCOUNT NO.<br><br>Eric Haskin<br>314 W Morton<br>Greensburg KS 67054 | | J | | | | | Unknown |
| ACCOUNT NO.<br><br>Heft and Sons LLC<br>14081 I Street<br>Greensburg KS 67054 | | J | Consideration: concrete<br>CalMarc business debt | | | X | 12,119 |

Sheet no. 11 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 14,670

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re <u>Michael Wayne Boyles & Amanda Renee Boyles</u>,   Case No. _____

           **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5865<br><br>Home Depot Credit Services<br>P O Box 653000<br>Dallas TX 75265-3000 | | J | Consideration: Credit card debt | | | | 3,492 |
| ACCOUNT NO.<br><br>Casey O Housley<br>Armstrong Teasdale LLP<br>2345 Grand Blvd Ste 2000<br>Kansas City MO 65108-2617 | | J | Legal Services - CalMarc business debt and Michael Boyles personal debt | | | | Unknown |
| ACCOUNT NO.<br><br>Innovative Merchant Solutions<br>21215 Burbank Blvd Ste 100<br>Woodland Hills CA 91367 | | J | A&M Busness Debt | | | | 105 |
| ACCOUNT NO.<br><br>Interstate Batteries<br>424 Highland St<br>Towanda KS 67144 | | J | Consideration: supplier of inventory A&M Hardware business debt | | | X | Unknown |
| ACCOUNT NO. 0445<br><br>ISPC<br>P O Box 580<br>Odessa FL 33556-0580 | | J | Consideration: Water Saftener In debtors' possession in Texas | | | | 5,690 |

Sheet no. 12 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 9,287

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re  Michael Wayne Boyles & Amanda Renee Boyles    ,          Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Darrell Johnson<br>714 Poyntz Ave Suite C<br>Manhattan KS 66502 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>K&R Wholesale<br>P O Box 3625<br>Camdenton MO 65020 | | J | Consideration: supplier of inventory<br>A&M Hardware business debt | | | X | 545 |
| ACCOUNT NO.<br><br>Kansas Gas Service<br>1021 E 26th St N<br>Wichita KS 67219-4308 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Kiowa County Waste Dept<br>211 E Florida<br>Greensburg KS 67054 | | J | | | | | Unknown |
| ACCOUNT NO.<br><br>Legacy Bank<br>3711 N Ridge Road<br>Wichita KS 67205 | | | | | | | Unknown |

Sheet no. 13 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   545

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re <u>Michael Wayne Boyles & Amanda Renee Boyles</u>,     Case No. _____
                 **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Michael S Davis Drywall LLC<br>7499 John Matthews Rd<br>Milton FL 32583 | | J | Consideration: subcontractor<br>CalMarc business debt | | | X | 1,100 |
| ACCOUNT NO.<br><br>Mid American Research Company<br>c/o IC Commercial Services<br>4012 Gunn Highway Ste 250<br>Tampa FL 33618 | | J | Consideration: supplier of inventory<br>A&M Hardware business debt | | | X | 282 |
| ACCOUNT NO.<br><br>Mill Creek Lumber & Supply<br>6201 S 129th E Ave<br>Tulsa OK 74145-2489 | | J | Consideration: supplier<br>CalMarc business debt | | | X | 1,503 |
| ACCOUNT NO.<br><br>Murray's Electric LLC<br>801 Alleghany St<br>Burlington KS 66839 | | J | Consideration: electric work<br>A&M Hardware business debt<br>Mechanics' Lien on 341 W Wichita, Colwich KS | | | X | 720 |
| ACCOUNT NO.<br><br>Orgill Inc<br>3742 Tyndale Dr<br>Memphis TN 38125 | | J | Consideration: NSF Check Returned - Inventory<br>A&M Hardware business debt | | | X | 6,017 |

Sheet no. <u>14</u> of <u>21</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $      9,622

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re <u>Michael Wayne Boyles & Amanda Renee Boyles</u>,        Case No. _____

       **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Orgill Inc<br>P O Box 140<br>Memphis TN 38101-0140 | | J | Consideration: Equipment, Accts Receivable, Inventory<br>A&M Hardware business debt | | X | X | Unknown |
| ACCOUNT NO. <br><br>Peter J Orsi II<br>300 W Douglas Ste 1000<br>Wichita KS 67202 | | | Representing B&B Lumber Co | | | | Notice Only |
| ACCOUNT NO. <br><br>Martin J Peck<br>P O Box 421<br>Wellington KS 67152 | | J | representing Jon & Jessica Seeliger | | | | Notice Only |
| ACCOUNT NO. <br><br>Penske Truck Leasing Co LP<br>P O Box 802577<br>Chicago IL 60680-2577 | | | Rental of Truck/Damage | | | | Unknown |
| ACCOUNT NO. <br><br>Terry C Pilgreen<br>Toomey Pilgreen LLC<br>229 E William Suite 201<br>Wichita KS  67202 | | | Representing CEC Operations LLC | | | | Notice Only |

Sheet no. <u>15</u> of <u>21</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $                    0

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re <u>Michael Wayne Boyles & Amanda Renee Boyles</u> ,       Case No. _____
       **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Pratt Co Board Co Commissioners<br>c/o Gordon B Stull<br>Stull Law Office PA<br>P O Box 345<br>Pratt KS 67124 | | | | | | | Unknown |
| ACCOUNT NO.<br>Pratt Home Lumber<br>803 N Main<br>Pratt KS 67124 | | J | Consideration: supplier<br>CalMarc business debt | | | X | 24 |
| ACCOUNT NO.<br>Progressive Insurance<br>c/o The Progressive Corp<br>6300 Wilson Mills Rd<br>Mayfield Village OH 44143 | | J | | | | | 250 |
| ACCOUNT NO.<br>Ray's Electric<br>2934 N Fairview Ave<br>Wichita KS 67204 | | J | Consideration: electric work<br>CalMarc business debt | | | X | 4,268 |
| ACCOUNT NO.<br>Royal Publishing<br>7620 N Harker Dr<br>Peoria IL 61615-1849 | | J | Consideration: advertising<br>A&M Hardware business debt | | | X | 170 |

Sheet no. <u>16</u> of <u>21</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤      $      4,712

Total ➤      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re <u>Michael Wayne Boyles & Amanda Renee Boyles</u>,     Case No. _____
         **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1000<br><br>Santander Consumer USA<br>P O Box 961245<br>Fort Worth TX 76161-1245 | | J | Consideration: 2004 Chevy Suburban Property returned | | X | | 15,400 |
| ACCOUNT NO.<br><br>Jon and Jessica Seeliger<br>319 E 17th St<br>Wellington KS 67152 | | J | CalMarc business debt | | | X | Unknown |
| ACCOUNT NO.<br><br>Singer Tarpley & Jones PA<br>10484 Marty<br>Overland Park KS 66212 | | | Representing Chase Home Finance | | | | Notice Only |
| ACCOUNT NO.<br><br>Sirius XM Radio<br>P O Box 33174<br>Detroit MI 48232 | | J | | | | | 35 |
| ACCOUNT NO.<br><br>Steven Baxter Dental<br>5255 N Maize Rd Ste 109<br>Maize KS 67101 | | J | Consideration: Medical Services | | | | 30 |

Sheet no. <u>17</u> of <u>21</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 15,465
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Michael Wayne Boyles & Amanda Renee Boyles     ,      Case No. _____
                        **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Roger Stotts<br>22259 183 Highway<br>Greensburg KS 67054 | | J | | | | | Unknown |
| ACCOUNT NO.<br>Stutzman Refuse Disposal<br>315 W Blanchard<br>S Hutchinson KS 67505 | | J | | | | | 72 |
| ACCOUNT NO. 7248<br>Superior Financial Group<br>165 Lennon Lane Ste 101<br>Walnut Creek CA 94598 | | J | Consideration: SBA Express Loan<br>CalMarc business debt | | | X | 9,800 |
| ACCOUNT NO.<br>Superior Financial Group<br>165 Lennon Lane Ste 101<br>Walnut Creek CA 94598 | | J | Consideration: SBA Express Loan<br>A&M Hardware business debt | | | X | 4,500 |
| ACCOUNT NO.<br>The Hesston Record<br>3478 N Old 81 Hwy<br>P O Box 340<br>Hesston KS 67062 | | J | Consideration: advertising<br>A&M Hardware business debt | | | X | 360 |

Sheet no. 18 of 21 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 14,732

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Michael Wayne Boyles & Amanda Renee Boyles      ,        Case No. _____
        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Total Energy Solutions of America <br> 725 E 10th St <br> Wichita KS 67214 | | J | Consideration: insulation <br> CalMarc business debt | | | X | 11,432 |
| ACCOUNT NO. <br><br> Total Printing <br> 1325 E Douglas Ave <br> Wichita KS 67211 | | J | Consideration: business cards <br> A&M Hardware business debt | | | X | 268 |
| ACCOUNT NO. <br><br> Verizon Wireless <br> 777 Big Timber Rd <br> Elgin IL 60123 | | J | | | | | 200 |
| ACCOUNT NO. <br><br> Virginia Candle Co <br> 1000 Dillard Drive <br> Forest VA 24551 | | J | Consideration: shipping <br> A&M Hardware business debt | | | X | 75 |
| ACCOUNT NO. <br><br> Volz Oil <br> 1000 E Kansas <br> Greensburg KS 67054 | | J | Consideration: fuel <br> CalMarc business debt | | | X | 331 |

Sheet no. __19__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 12,306

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re  Michael Wayne Boyles & Amanda Renee Boyles    ,        Case No. _____

         **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5778 <br><br> Wesley Medical Center <br> 550 N Hill Side <br> Wichita KS 67214 | | J | Consideration: Medical Services | | | | 183 |
| ACCOUNT NO. <br><br> Ken and Mary Jean West <br> 327 Elm St <br> Greensburg KS 67054 | | J | | | | | Unknown |
| ACCOUNT NO. 2888 <br><br> West Wichita Family Physicians <br> 8200 W Central Ste 1 <br> Wichita KS 67212 | | J | Consideration: Medical Services | | | | 129 |
| ACCOUNT NO. <br><br> Westar Energy <br> P O Box 758500 <br> Topeka KS 66675 | | J | Consideration: utilities <br> A&M Hardware business debt | | | X | 151 |
| ACCOUNT NO. 4735 <br><br> World Financial Network Natl Bank <br> P O Box 182273 <br> Columbus OH 43218-2273 | | J | Consideration: Credit card debt <br> Gander Mountain | | | | 120 |

Sheet no.  20  of  21  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 583

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re  Michael Wayne Boyles & Amanda Renee Boyles  ,     Case No. _____
           **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Yankee Candle Co<br>16 Yankee Candle Way<br>South Deerfield MA 01373 | | J | Consideration: supplier of inventory<br>A&M Hardware business debt | | | X | 375 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _21_ of _21_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ► | $ | 375 |
| Total ► | $ | 289,185 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re <u>Michael Wayne Boyles & Amanda Renee Boyles</u>          Case No. _____

Debtor                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Mary Ellen Moore<br>23928 S Benny Brook<br>Sun Lakes AZ 85248 | Lease month-to-month for house; occupancy has not occurred yet. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re   Michael Wayne Boyles & Amanda Renee Boyles          Case No. _____
           **Debtor**                                                                  **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re  Michael Wayne Boyles & Amanda Renee Boyles                    Case _____
        _____
        **Debtor**                                          **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): daughter, son, son, daughter | AGE(S): 10, 8, 4, 3 |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | General Contractor/Self-Employed | CPA |
| Name of Employer | Unemployed | Unemployed as of filing date |
| How long employed | | |
| Address of Employer | | |
| | | |

INCOME: (Estimate of average or projected monthly income at time case filed)                     DEBTOR            SPOUSE

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0 | $ 0 |
| 2. | Estimated monthly overtime | $ 0 | $ 0 |
| 3. | SUBTOTAL | $ 0 | $ 0 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0 | $ 0 |
| | b. Insurance | $ 0 | $ 0 |
| | c. Union Dues | $ 0 | $ 0 |
| | d. Other (Specify:_____) | $ 0 | $ 0 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0 | $ 0 |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0 | $ 0 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0 | $ 0 |
| 8. | Income from real property | $ 0 | $ 0 |
| 9. | Interest and dividends | $ 0 | $ 0 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0 | $ 0 |
| 11. | Social security or other government assistance ( Specify) _____ | $ 0 | $ 0 |
| 12. | Pension or retirement income | $ 0 | $ 0 |
| 13. | Other monthly income _____ | $ 0 | $ 0 |
| | (Specify) _____ | $ 0 | $ 0 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 0 | $ 0 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 0 | $ 0 |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 0 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

    Spouse starts working on 1-17-11.
    _____
    _____
    _____

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re  <u>Michael Wayne Boyles & Amanda Renee Boyles</u>         Case No. <u>               </u>
             **Debtor**                                             **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0 |
|     a. Are real estate taxes included?   Yes _____ No ✓ | | |
|     b. Is property insurance included?   Yes _____ No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 0 |
|          b. Water and sewer | $ | 0 |
|          c. Telephone | $ | 0 |
|          d. Other _____ | $ | 0 |
| 3. Home maintenance (repairs and upkeep) | $ | 0 |
| 4. Food | $ | 300 |
| 5. Clothing | $ | 0 |
| 6. Laundry and dry cleaning | $ | 0 |
| 7. Medical and dental expenses | $ | 0 |
| 8. Transportation (not including car payments) | $ | 100 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0 |
| 10. Charitable contributions | $ | 0 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|          a. Homeowner's or renter's | $ | 0 |
|          b. Life | $ | 0 |
|          c. Health | $ | 0 |
|          d. Auto | $ | 0 |
|          e. Other_____ | $ | 0 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|          a. Auto | $ | 0 |
|          b. Other _____ | $ | 0 |
|          c. Other _____ | $ | 0 |
| 14. Alimony, maintenance, and support paid to others | $ | 0 |
| 15. Payments for support of additional dependents not living at your home | $ | 0 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0 |
| 17. Other _____ | $ | 0 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ | 400 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    Debtors living w/family members in Texas while look for work, having closed businesses in Kansas.

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
|     a. Average monthly income from Line 15 of Schedule I | $ | 0 |
|     b. Average monthly expenses from Line 18 above | $ | 400 |
|     c. Monthly net income (a. minus b.) | $ | -400 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

In re ___Michael Wayne Boyles & Amanda Renee Boyles_____     Case No. _____

                    **Debtor**                                                                     **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___40___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___01/13/2011_____           Signature: ___/s/ Michael Wayne Boyles_____
                                                                       Debtor:

Date ___01/13/2011_____           Signature: ___/s/ Amanda Renee Boyles_____
                                                                   (Joint Debtor, if any)

                                          [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

        I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any,              Social Security No.
of Bankruptcy Petition Preparer                   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____      _____
      Signature of Bankruptcy Petition Preparer                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____           Signature: _____

                                           _____
                                         [Print or type name of individual signing on behalf of debtor.]

---
              *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

B203
12/94

# United States Bankruptcy Court
### District of Kansas

In re  Michael Wayne Boyles & Amanda Renee Boyles

Debtor(s)

Case No. _____

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ........................…………………………… $ _____2,500_____

Prior to the filing of this statement I have received ........……………….................. $ _____2,500_____

Balance Due ...........................…………………………………………….......... $ _____0_____

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation in any contested matter or in any adversary proceeding.

---

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding. |

01/13/2011
_____
Date

/s/ W. Thomas Gilman
_____
Signature of Attorney

Redmond & Nazar, LLP
_____
Name of law firm

Bankruptcy2011 © 1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
### District of Kansas

Michael Wayne Boyles & Amanda Renee Boyles

In re _____ ,     Case No. _____

Debtor                                              Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** Chase Home Finance | **Describe Property Securing Debt:** 418 South 6th Street Colwich KS value is debtors' estimate (In foreclosure) |

Property will be *(check one)*:

&#9745; Surrendered          &#9633; Retained

If retaining the property, I intend to *(check at least one)*:

&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____(for example, avoid lien
using 11 U.S.C. §522(f)).

Property is *(check one)*:

&#9633; Claimed as exempt          &#9745; Not claimed as exempt

| Property No. 2  *(if necessary)* | |
|---|---|
| **Creditor's Name:** Bank of Commerce Wellington KS | **Describe Property Securing Debt:** Wellington property (In foreclosure) Spec House for CalMarc Lot owned by Miller Management 1010 Myles Drive, Wellington KS |

Property will be *(check one)*:

&#9745; Surrendered          &#9633; Retained

If retaining the property, I intend to *(check at least one)*:

&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____(for example, avoid lien
using 11 U.S.C. §522(f)).

Property is *(check one)*:

&#9633; Claimed as exempt          &#9745; Not claimed as exempt

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br>  Mary Ellen Moore<br>  23928 S Benny Brook<br>  Sun Lakes AZ 85248 | **Describe Leased Property:**<br>Lease month-to-month for house;<br>occupancy has not occurred yet. | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☑ YES        ☐ NO |

| Property No.  2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

| Property No.  3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

___6_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: 01/13/2011 _____

/s/ Michael Wayne Boyles _____
Signature of Debtor

/s/ Amanda Renee Boyles _____
Signature of Joint Debtor

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A - Continuation

| Property No: 3 | |
|---|---|
| **Creditor's Name:**<br>Miller Management | **Describe Property Securing Debt:**<br>Wellington property (In foreclosure)<br>Spec House for CalMarc<br>Lot owned by Miller Management<br>1010 Myles Drive, Wellington KS |

Property will be  *(check one)*:

☑ Surrendered                    ☐ Retained

If retaining the property, I intend to  *(check at least one)*:

☐ Redeem the property

☐ Reaffirm the debt

☐ Other.  Explain _____  (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No: 4 | |
|---|---|
| **Creditor's Name:**<br>GMAC / Ally | **Describe Property Securing Debt:**<br>2008 Chevy Silverado HD |

Property will be  *(check one)*:

☑ Surrendered                    ☐ Retained

If retaining the property, I intend to  *(check at least one)*:

☐ Redeem the property

☐ Reaffirm the debt

☐ Other.  Explain _____  (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A**   - Continuation

---

| Property No: 5 | |
|---|---|
| **Creditor's Name:**<br> ISPC | **Describe Property Securing Debt:**<br> Water softener |

Property will be   *(check one)*:

☑ Surrendered                    ☐ Retained

If retaining the property, I intend to   *(check at least one)*:

☐  Redeem the property

☐  Reaffirm the debt

☐  Other.  Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:

☐  Claimed as exempt                              ☑  Not claimed as exempt

---

| Property No: 6 | |
|---|---|
| **Creditor's Name:**<br> First Natl Bank | **Describe Property Securing Debt:**<br> Tools - Business |

Property will be   *(check one)*:

☐  Surrendered                    ☑  Retained

If retaining the property, I intend to   *(check at least one)*:

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain   Avoid Lien 522(f)_____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:

☑  Claimed as exempt                              ☐  Not claimed as exempt

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A   - Continuation

| Property No: 7 | |
|---|---|
| **Creditor's Name:**<br> First Natl Bank Wellington | **Describe Property Securing Debt:**<br> Enclosed Trailer |

Property will be   *(check one):*

☑ Surrendered                    ☐ Retained

If retaining the property, I intend to   *(check at least one):*

☐   Redeem the property

☐   Reaffirm the debt

☐   Other. Explain _____   (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one):*

☐   Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No: 8 | |
|---|---|
| **Creditor's Name:**<br> First Natl Bank of Wellington | **Describe Property Securing Debt:**<br> Commercial Building in Colwich, KS<br> (owned by A&M Hardware)<br> 341 W. Wichita Ave<br> value is debtors' estimate |

Property will be   *(check one):*

☑ Surrendered                    ☐ Retained

If retaining the property, I intend to   *(check at least one):*

☐   Redeem the property

☐   Reaffirm the debt

☐   Other. Explain _____   (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one):*

☐   Claimed as exempt                    ☑ Not claimed as exempt

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A   - Continuation

| Property No: 9 | |
|---|---|
| **Creditor's Name:**<br> Southern Central Kansas<br> Economic Development District | **Describe Property Securing Debt:**<br>Commercial Building in Colwich, KS<br>(owned by A&M Hardware)<br>341 W. Wichita Ave<br>value is debtors' estimate |

Property will be   *(check one)*:

☑ Surrendered                                    ☐ Retained

If retaining the property, I intend to   *(check at least one)*:

☐ Redeem the property

☐ Reaffirm the debt

☐ Other.  Explain _____   (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☐  Claimed as exempt                              ☑ Not claimed as exempt

| Property No: 10 | |
|---|---|
| **Creditor's Name:**<br> Southern Central Kansas<br> Economic Development District | **Describe Property Securing Debt:**<br> Inventory |

Property will be  *(check one)*:

☑ Surrendered                                    ☐ Retained

If retaining the property, I intend to  *(check at least one)*:

☐ Redeem the property

☐ Reaffirm the debt

☐ Other.  Explain _____   (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☐  Claimed as exempt                              ☑ Not claimed as exempt

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A**   - Continuation

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

---

| Property No: 11 | |
|---|---|
| **Creditor's Name:**<br> Southern Central Kansas<br> Economic Development District | **Describe Property Securing Debt:**<br> Fork Lift |

Property will be   *(check one):*

☑ Surrendered               ☐ Retained

If retaining the property, I intend to   *(check at least one):*

☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one):*
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No: 12 | |
|---|---|
| **Creditor's Name:**<br> Southern Central Kansas<br> Economic Development District | **Describe Property Securing Debt:**<br> Shelving |

Property will be  *(check one):*

☑ Surrendered               ☐ Retained

If retaining the property, I intend to  *(check at least one):*

☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one):*
☐ Claimed as exempt                    ☑ Not claimed as exempt

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A**   - Continuation

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

| Property No: 13 | |
|---|---|
| **Creditor's Name:**<br> Southern Central Kansas<br>  Economic Development District | **Describe Property Securing Debt:**<br>  POS Computer System |

Property will be  *(check one)*:

☑ Surrendered                                  ☐   Retained

If retaining the property, I intend to  *(check at least one)*:

☐   Redeem the property
☐   Reaffirm the debt
☐   Other.  Explain _____ (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☐   Claimed as exempt                        ☑   Not claimed as exempt

| Property No: 14 | |
|---|---|
| **Creditor's Name:**<br> First Natl Bank of Wellington | **Describe Property Securing Debt:**<br>Greensburg, Kansas 2 Lots<br>418 and 424 Spruce, Greensburg KS |

Property will be  *(check one)*:

☑ Surrendered                                  ☐   Retained

If retaining the property, I intend to  *(check at least one)*:

☐   Redeem the property
☐   Reaffirm the debt
☐   Other.  Explain _____ (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☐   Claimed as exempt                        ☑   Not claimed as exempt

Acme Brick Co
P O Drawer 99198
Ft Worth TX 76199


Debbie Adolph
115 W Garfield
Greensburg KS 67054


Affiliated Medical Services Lab
P O Box 12127
Wichita KS 67277


Albert G McLean
The Hardison Law Firm PC
119 S Main St Suite 800
Memphis TN 38103-3685


Ally Financial
P O Box 380901
Bloomington MN 55438


American Finasco
12818 Hwy 105 West Ste 1A
Conroe TX 77304


Andale Lumber
aka Pat Reichenberger Lumber
P O Box 46
Andale KS 67001


Anders Chiropractic
124 W 15th St
Wellington KS 67152


Andover Rental
328 N Andover Road
Andover KS 67002


APAC
530 Highway 81
Wellington KS 67152

BB Lumber
10808 W 39th St S
Wichita KS 67215


Bank of Commerce
201 W Harvey Ave
Wellington KS 67152


Barrys Westside Marine
2450 N 167th St West
Colwich KS 67030


Berman  Rabin
P O Box 12370
Overland Park KS 66282


Black Hills
P O Box 6006
Rapid City SD 57709


Blish Mize
223 S 5th
Atchinson KS 66002


Blue Rhino
P O Box 2811956
Atlanta GA 30384


Buddy Rhodes
1500 17th St
San Francisco CA 94107


CEC Operations LLC
800 Main Place Ste 208
Winfield KS 67156


Chase Home Finance LLC
Attn Customer Care
P O Box 24696
Columbus OH 43224-0696


Cheney Door Co
136 S Lulu
Wichita KS 67211

Cintas Corporation
9333 E 35th St N
Wichita KS 67226


Citicapital Commercial Corporation
3950 Regent Blvd
Irving TX 75063


City of Colwich
310 S Second St
Colwich KS 67030


City of Greensburg
239 S Main
Greensburg KS 67054


City of Wellington
317 S Washington Ave
Wellington KS 67152


Chris Collinsworth
CMB  Associates LLC
18352 Dallas Pkwy Suite 136-207
Dallas TX 75287


Colonial Life Insurance
P O Box 1365
Columbia SC 29202-1365


Contractors Waterproofing
103 W 2nd Ave
Cheney KS 67025


Cox Communications
1400 Lake Hearn Dr
Atlanta GA 30319


Cox Communications
P O Box 679
Wichita KS 67201


Crawford Supply
P O Box 363
Plainville KS 67663

Crete Molds
1297 Christopher Ct
Oconomowoc WI 53066


Discover Financial Services
P O Box 30943
Salt Lake City UT 84130-0943


Dish Network
1305 E Waterman St Suite A
Wichita KS 67211-1729


Dish Network
9601 S Meridian Blvd
Englewood CO 80112


Dodsons Grand Rental
500 N Burleson Blvd
Burleson TX 76028


Doug Reh Chevrolet
1501 E First
Pratt KS 67124


Scott and Jill Eller
200 S Grove
Greensburg KS 67054


Emergency Services Prof Assoc
P O Box 548
Wichita KS 67201


Even Temp of Wichita Inc
216 S Commerce
Wichita KS 67202


Farm Bureau
5400 University Ave
West Des Moines IA 50266-5997


Fastsigns
232 S West St
Wichita KS 67213

Financial Corp of America
12515 Research Blvd Bldg 2 Ste 100
Austin TX 78759


First Natl Bank of Wellington
P O Box 398
Wellington KS 67152


Fleener Furniture  Floor Covering
114 W Florida
Greensburg KS 67054


Forest Supply Co
701 S Spencer Rd
Newton KS 67114


Four States Supply
12785 Highway Ff
Joplin MO 64804-7825


Fremar Corporation LLC
5720 N Broadway
Wichita KS 67219


Randy and Dee Fulton
1215 S Main
Greensburg KS 67054


GE Money  Care Credit
Attn Bankruptcy Dept
P O Box 103106
Roswell GA 30076


GE Money  Lowes Visa
Attn Bankruptcy Dept
P O Box 103104
Roswell GA 30076


General Distributors
800 E Indianapolis
Wichita KS 67211

Golden Rule Insurance
co Receivable Management Services
P O Box 3099
Naperville IL 60563


Gordon B Stull
1320 E First St
P O Box 345
Pratt KS 67124


Steven W Graber
714 Poyntz Ave Suite C
Manhattan KS 66502


Greensburg Home Lumber
715 E Kansas Ave
Greensburg KS 67054


Greensburg Tire
810 E Kansas Ave
Greensburg KS 67054


Hajoca Corp
127 Coulter Avenue
Ardmore PA 19003-2473


Hancock Excavating
430 E 63rd St S
Wichita KS 67216


Eric Haskin
314 W Morton
Greensburg KS 67054


Heft and Sons LLC
14081 I Street
Greensburg KS 67054


Home Depot Credit Services
P O Box 653000
Dallas TX 75265-3000

Casey O Housley
Armstrong Teasdale LLP
2345 Grand Blvd Ste 2000
Kansas City MO 65108-2617


Innovative Merchant Solutions
21215 Burbank Blvd Ste 100
Woodland Hills CA 91367


Internal Revenue Service
271 W 3rd Street N Suite 3000
STOP 5333 WIC
Wichita KS 67202


Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia PA 19101-7346


Interstate Batteries
424 Highland St
Towanda KS 67144


ISPC
P O Box 580
Odessa FL 33556-0580


Darrell Johnson
714 Poyntz Ave Suite C
Manhattan KS 66502


KR Wholesale
P O Box 3625
Camdenton MO 65020


Kansas Center for Entrepreneurship Inc
1845 Fairmount
P O Box 202
Wichita KS 67260


Kansas Department of Labor
Delinquent Account Unit
401 SW Topeka Blvd
Topeka KS 66603-3182

Kansas Dept of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66612-2005


Kansas Gas Service
1021 E 26th St N
Wichita KS 67219-4308


Kiowa County Waste Dept
211 E Florida
Greensburg KS 67054


Legacy Bank
3711 N Ridge Road
Wichita KS 67205


Mary Ellen Moore
23928 S Benny Brook
Sun Lakes AZ 85248


Michael S Davis Drywall LLC
7499 John Matthews Rd
Milton FL 32583


Mid American Research Company
co IC Commercial Services
4012 Gunn Highway Ste 250
Tampa FL 33618


Mill Creek Lumber  Supply
6201 S 129th E Ave
Tulsa OK 74145-2489


Miller Managerment Co
P O Box 612
Wellington KS 67152


Murrays Electric LLC
801 Alleghany St
Burlington KS 66839

Orgill Inc
3742 Tyndale Dr
Memphis TN 38125


Orgill Inc
P O Box 140
Memphis TN 38101-0140


Peter J Orsi II
300 W Douglas Ste 1000
Wichita KS 67202


Martin J Peck
P O Box 421
Wellington KS 67152


Penske Truck Leasing Co LP
P O Box 802577
Chicago IL 60680-2577


Terry C Pilgreen
Toomey Pilgreen LLC
229 E William Suite 201
Wichita KS  67202


Pratt Co Board Co Commissioners
co Gordon B Stull
Stull Law Office PA
P O Box 345
Pratt KS 67124


Pratt Home Lumber
803 N Main
Pratt KS 67124


Progressive Insurance
co The Progressive Corp
6300 Wilson Mills Rd
Mayfield Village OH 44143


Rays Electric
2934 N Fairview Ave
Wichita KS 67204

Royal Publishing
7620 N Harker Dr
Peoria IL 61615-1849


Santander Consumer USA
P O Box 961245
Fort Worth TX 76161-1245


Jon and Jessica Seeliger
319 E 17th St
Wellington KS 67152


Singer Tarpley  Jones PA
10484 Marty
Overland Park KS 66212


Sirius XM Radio
P O Box 33174
Detroit MI 48232


Southern Central Kansas
 Economic Development District
200 W Douglas Ste 710
Wichita KS 67202


Steven Baxter Dental
5255 N Maize Rd Ste 109
Maize KS 67101


Roger Stotts
22259 183 Highway
Greensburg KS 67054


Stutzman Refuse Disposal
315 W Blanchard
S Hutchinson KS 67505


Superior Financial Group
165 Lennon Lane Ste 101
Walnut Creek CA 94598

The Hesston Record
3478 N Old 81 Hwy
P O Box 340
Hesston KS 67062


Total Energy Solutions of America
725 E 10th St
Wichita KS 67214


Total Printing
1325 E Douglas Ave
Wichita KS 67211


US Attorneys Office
301 North Main Ste 1200
Wichita KS 67202


Verizon Wireless
777 Big Timber Rd
Elgin IL 60123


Virginia Candle Co
1000 Dillard Drive
Forest VA 24551


Volz Oil
1000 E Kansas
Greensburg KS 67054


Wesley Medical Center
550 N Hill Side
Wichita KS 67214


Ken and Mary Jean West
327 Elm St
Greensburg KS 67054


West Wichita Family Physicians
8200 W Central Ste 1
Wichita KS 67212


Westar Energy
P O Box 758500
Topeka KS 66675

```
World Financial Network Natl Bank
P O Box 182273
Columbus OH 43218-2273


Yankee Candle Co
16 Yankee Candle Way
South Deerfield MA  01373
```

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re    Michael Wayne Boyles & Amanda Renee Boyles    ,
Debtor

Case No. _____

Chapter _____7_____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 12 pages, is true, correct and complete to the best of my knowledge.

Date    01/13/2011                          Signature     /s/ Michael Wayne Boyles
                                            of Debtor     MICHAEL WAYNE BOYLES

Date    01/13/2011                          Signature     /s/ Amanda Renee Boyles
                                            of Joint Debtor   AMANDA RENEE BOYLES

W. Thomas Gilman
Redmond & Nazar, LLP
245 N. Waco, Ste. 402
Wichita, KS 67202
(316) 262-8361
(316) 263-0610

In re Michael Wayne Boyles & Amanda Renee Boyles
_____
Debtor(s)

Case Number: _____
(If known)

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
| --- |
| ☐ **The presumption arises.** |
| ☑ **The presumption does not arise.** |
| ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by §707(b)(2)(C).

## Part I. MILITARY AND NON-CONSUMER DEBTORS

| | |
| --- | --- |
| **1A** | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| **1B** | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| **1C** | **Reservists and National Guard Members; active duty or homeland defense activity**. Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐ I remain on active duty /or/<br>        ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br>        OR<br>    b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>        ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A Debtor's Income** | **Column B Spouse's Income** |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ N.A. | $ N.A. |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — $ N.A.<br>b. Ordinary and necessary business expenses — $ N.A.<br>c. Business income — Subtract Line b from Line a | $ N.A. | $ N.A. |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — $ N.A.<br>b. Ordinary and necessary operating expenses — $ N.A.<br>c. Rent and other real property income — Subtract Line b from Line a | $ N.A. | $ N.A. |
| 6 | **Interest, dividends and royalties.** | $ N.A. | $ N.A. |
| 7 | **Pension and retirement income.** | $ N.A. | $ N.A. |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; If a payment is listged in Column A, do not report that payment in Column B. | $ N.A. | $ N.A. |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ N.A. Spouse $ N.A. | $ N.A. | $ N.A. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a. | $ N.A. | |
| | b. | $ N.A. | |
| | Total and enter on Line 10 | $ N.A. | $ N.A. |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ N.A. | $ N.A. |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ N.A. | |

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ N.A. |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br> a. Enter debtor's state of residence: Kansas    b. Enter debtor's household size: 6 | $ 83,154 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br> ☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the "The presumption does not arise" box at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br> ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. |  |

**Complete Parts IV, V, VI and VII of this statement only if required. (See Line 15.)**

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | | |
|---|---|---|---|
| 16 | Enter the amount from Line 12. | | $ N.A. |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | Total and enter on Line 17. | | $ N.A. |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | | $ N.A. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

| | **Part V. CALCULATION OF DEDUCTIONS FROM INCOME** | | |
|---|---|---|---|
| | **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | | |
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of person is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | N.A. |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | $ | N.A. |

| **Persons under 65 years of age** | | | **Persons 65 years of age or older** | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | N.A. | a2. | Allowance per person | N.A. |
| b1. | Number of persons | N.A. | b2. | Number of persons | |
| c1. | Subtotal | N.A. | c2. | Subtotal | N.A. |

| | | | |
|---|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | N.A. |
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | $ | N.A. |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | N.A. |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | N.A. |
| c. | Net mortgage/rental expense | Subtract Line b from Line a | |

| | | | |
|---|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: <br><br> _____ <br> _____ <br> _____ | $ | N.A. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

| | | | |
|---|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation.  If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | N.A. |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation.  (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | N.A. |

| | | | |
|---|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1  ☐ 2 or more.<br>Enter, in Line below, the "Ownership Costs" for "One Car" from the IRS Local Standards:  Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.  **Do not enter an amount less than zero.** | | |

| | | | |
|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ | N.A. |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | N.A. |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | |

(Line 23 total cell) $ | N.A.

| | | | |
|---|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards:  Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.  **Do not enter an amount less than zero.** | | |

| | | | |
|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ | N.A. |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | N.A. |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | |

(Line 24 total cell) $ | N.A.

| | | | |
|---|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ | N.A. |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ | N.A. |
| 27 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ | N.A. |
| 28 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  **Do not include payments on past due obligations included in Line 44.** | $ | N.A. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ N.A. |
|---|---|---|
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ N.A. |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ N.A. |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ N.A. |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32 | $ N.A. |

**Subpart B: Additional Living Expense Deductions**
**Note: Do not include any expenses that you have listed in Lines 19-32.**

| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <br><br> a. Health Insurance $ N.A. <br> b. Disability Insurance $ N.A. <br> c. Health Savings Account $ N.A. <br><br> Total and enter on Line 34. <br><br> **If you do not actually expend this total amount,** state your actual average expenditures in the space below: <br> $ _____ N.A. _____ | $ N.A. |
|---|---|---|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ N.A. |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ N.A. |
| 37 | **Home energy costs** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ N.A. |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ N.A. |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| | | | |
|---|---|---|---|
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court**.) You must demonstrate that the additional amount claimed is reasonable and necessary.** | | $      N.A. |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170 (c)(1)-(2) | | $      N.A. |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | | $      N.A. |

## Subpart C: Deductions for Debt Payment

| | | |
|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total Average Monthly payments on Line 42. | $      N.A. |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add Lines a, b and c | |

| | | |
|---|---|---|
| 43 | **Other payments on secured claims.** If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | $      N.A. |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |

| | | |
|---|---|---|
| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing**. Do not include current obligations, such as those set out in Line 28.** | $      N.A. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|---|---|---|---|
| | a. | Projected average monthly Chapter 13 plan payment. | $ N.A. |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x N.A. |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ N.A. |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ N.A. |
|---|---|---|

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ N.A. |
|---|---|---|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ N.A. |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ N.A. |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ N.A. |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ N.A. |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. <br><br> ☑ **The amount on Line 51 is less than $7,075*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. <br><br> ☐ **The amount set forth on Line 51 is more than $11,725*.** Check the "Presumption arises" box at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. <br><br> ☐ **The amount on Line 51 is at least $7,025*, but not more than $11,725*.** Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ N.A. |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ N.A. |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. <br><br> ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |
|---|---|---|---|
| | | Expense Description | Monthly Amount |
| | a. | | $ N.A. |
| | b. | | $ N.A. |
| | c. | | $ N.A. |
| | | Total: Add Lines a, b and c | N.A. |

*Amounts are subject to adjustment on 4/1/2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

| | **Part VIII: VERIFICATION** |
|---|---|
| **57** | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* <br><br> Date: 01/13/2011         Signature: /s/ Michael Wayne Boyles <br>                                          *(Debtor)* <br><br> Date: 01/13/2011         Signature: /s/ Amanda Renee Boyles <br>                                          *(Joint Debtor, if any)* |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

# Form 22 Continuation Sheet

| **Income Month 1** | | |
|---|---|---|
| Gross wages, salary, tips... | 0 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

| **Income Month 2** | | |
|---|---|---|
| Gross wages, salary, tips... | 0 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

| **Income Month 3** | | |
|---|---|---|
| Gross wages, salary, tips... | 0 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

| **Income Month 4** | | |
|---|---|---|
| Gross wages, salary, tips... | 0 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

| **Income Month 5** | | |
|---|---|---|
| Gross wages, salary, tips... | 0 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

| **Income Month 6** | | |
|---|---|---|
| Gross wages, salary, tips... | 0 | 0 |
| Income from business... | 0 | 0 |
| Rents and real property income... | 0 | 0 |
| Interest, dividends... | 0 | 0 |
| Pension, retirement... | 0 | 0 |
| Contributions to HH Exp... | 0 | 0 |
| Unemployment... | 0 | 0 |
| Other Income... | 0 | 0 |

## Additional Items as Designated, if any

## Remarks

Bankruptcy2011 © 1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In Re  Michael Wayne Boyles & Amanda Renee Boyles                     Case No. _____
                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

|  | AMOUNT | SOURCE |
|---|---|---|
| 2011(db) | 0 | None |
| 2010(db) | 17,662 | Calmarc gross was $93,607; Distribution to Mike Boyles was $17,662. |
| 2009(db) | 84,026 | Joint / Includes Sale of Property |
| 2011(jdb) | 0 | None |
| 2010(jdb) | 11,500 | Pioneer Materials (estimated) |
| 2009(jdb) | 45,789 | Pioneer Materials |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

**2. Income other than from employment or operation of business**

None

☐    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2010 (db) | 8,843 | See Attached List |
| 2009 (db) | 73,000 | See Attached List |
| (jdb) | | Included above |
| (jdb) | | Included above |

None

☒

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*)  any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative   repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Steve Ariagno Retainer for his services to defend Amanda Boyles in potential criminal matter. | December 2010 | 1,000 | 0 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

MICHAEL AND AMANDA BOYLES
SOFA, #2

2009
| | | |
|---|---|---|
| Sold golf cart | 2,000 | |
| Sold Hunting Land in June | 48,000 | net |
| Sold Skid Steer & Trailer in September | 23,000 | |
| Sold Stocks on Market | Unknown | |
| TOTAL | **73,000** | |

2010
| | | |
|---|---|---|
| Sold oil well working interest in July | 5,000 | |
| Cashed In 401k Branch Banking & Trust | 3843 | (taxes witheld of $860) |
| TOTAL | **8843** | |

None

☒     *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐     a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Chase Home Finance v Boyles etal Case #10 CV 3577 | Foreclosure | Sedgwick Co District Court | Pending |
| B&B Lumber Co v Calmarc etal Case #10 CV 1486 | Collection | Sedgwick Co District Court | Pending |
| Jon & Jessica Seeliger v Calmarc etal Case #10 CV 111 | Breach Contract, Warranty & KCPA | Sumner Co District Court | Pending |
| Even Temp v. Boyles, etal Case #09 SL 13 | Mechanics' lien | Sumner Co District Court | Pending |
| Ks Dept Revenue v Boyles etal Case #10 ST 982 | Tax Warrant | Sedgwick Co District Court | Pending |
| Reeves Media LLC v Amanda Boyles Case #10 LM 7917 | Collections | Sedgwick Co District Court | Dismissed |
| Ks Dept Revenue v CalMarc Construction Case #08 ST 1719 | Tax Warrant | Sedgwick Co District Court | Pending |
| Board Pratt Co Commissioners v. Calmarc Farms LLC et al Case #09 CV 49 | unknown | Pratt Co District Court | Unknown |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Even Temp v. Boyles etal<br>Case #10 SL 2 | Mechanics' lien | Kiowa Co District Court | Pending |
| Even Temp v. CalMarc Construction<br>Case #09 SL 7 | Mechanics' lien | Kiowa Co District Court | Pending |
| Even-Temp v. CalMarc Construction<br>Case #09 SL 8 | Mechanics' lien | Kiowa Co District Court | Pending |
| Cecil's Masonry v. CalMarc Construction etal<br>Case #08 SL 11 | Mechanics' lien | Kiowa Co District Court | Released |
| Even-Temp v. CalMarc Construction<br>Case #09 SL 6 | Mechanics' lien | Kiowa Co District Court | Pending |
| Kansas Dept of Labor State Lien No. 20070701 | Tax Lien | Sedgwick Co Register Deeds | |
| Murray Electric v A&M Hardware<br>Case #10 SL 1290 | Mechanics' Lien | Sedgwick Co District Court | Pending |
| Bank of Commerce v Boyles etal<br>Case #10 CV 193 | Foreclosure | Sumner Co District Court | Pending |
| Against Interest Owners of CEC Operations LLC | Partition Suit | Texas | Pending |
| City of Wichita v Amanda Boyles | Criminal case | Unknown | Unknown |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

None    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☐

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| State of Kansas | September 2010 | Approximately $850 |

**5.    Repossessions, foreclosures and returns**

None      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☐

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Chase Home Finance LLC<br>Attn Customer Care<br>P O Box 24696<br>Columbus OH 43224-0696 | Pending | Homestead Foreclosure |
| Bank of Commerce<br>201 W Harvey Ave<br>Wellington KS 67152 | Pending | Wellington Property Spec House<br>Foreclosure |
| Miller Managerment Co<br>P O Box 612<br>Wellington KS 67152 | Pending (Returned Nov 2010) | Lot of Wellington Property Spec House |
| Santander Consumer USA<br>P O Box 961245<br>Fort Worth TX 76161-1245 | Returned Nov 2010 | 2004 Chevy Suburban |
| First Natl Bank of Wellington<br>P O Box 398<br>Wellington KS 67152 | Returned Nov 2010 | 1987 Winnebago Motorhome; Dump Truck and Dump Trailer; 1990 Stingray Boat, Motor & Trailer |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

**6. Assignments and Receiverships**

None  a.     Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

None  b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒  one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT CASE TITLE<br>& NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None      List all gifts or charitable contributions made within one year immediately preceding the commencement of
☒  this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR, IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒  commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS<br>WAS COVERED IN WHOLE OR IN PART BY<br>INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

**9. Payments related to debt counseling or bankruptcy**

None ☐      List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| W. Thomas Gilman<br>Redmond & Nazar, LLP<br>245 N. Waco, Ste. 402<br>Wichita, KS 67202 | 10/28/2010 | Attorney Fees / Filing Fee<br>$2,800 |

**10. Other transfers**

None ☐      a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Crown Energy<br>Winfield, KS<br> Relationship: None | 7-7-10 | Sold oil well working interest<br>$5,000 |
| Morning Star Farms | November 2010 | 1/10th Partnership interest in<br>Morning Star Farms<br>No Value or Consideration |
| Online broker - Ultimate buyer unknown<br> Relationship: None | 2009-2010 | Stocks - sold on the market |
| Buyer Unknown<br>Sold on Craig's List | 2009 | Skid Steer and trailer - $23,000<br>used money to pay related secured debt |
| Michael Jungermann<br>Greensburg KS | June 2009 | 160 Acres Hunting Land - $800 per acre<br>funds used to pay business debt and down payment for hardware store in Colwich |
| Buyer Unknown<br>Sold on Craig's List | 2009 | Golf Cart - $2,000<br>used money in business |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Legacy Bank | Checking Account #xxxx9002 Closing Balance: 0 | October 2010 |
| Peoples Bank Pratt KS | Checking #xxxx9588 Closing Balance: 0 | February, 2010 |
| Legacy Bank | Checking Account #xxxx9010 Closing Balance: 0 | October 2010 |
| Legacy Bank | Checking Account #xxxx9037 Closing Balance: 0 | October 2010 |
| Legacy Bank | Checking Account #xxxx9029 Closing Balance: 0 | October, 2010 |
| Wells Fargo | Savings Account #xxxx4838 Closing Balance: 7 | November, 2010 |
| Wells Fargo | Checking Account #xxxx8761 Closing Balance: 15 | Jan 11, 2011 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

**12. Safe deposit boxes**

None          List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
☒          valuables within one year immediately preceding the commencement of this case.    (Married debtors filing
          under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a
          joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF<br>THOSE WITH ACCESS TO BOX<br>OR DEPOSITORY | DESCRIPTION OF<br>CONTENTS | DATE OF<br>TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None          List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90
☒          days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must
          include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses
          are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE<br>OF<br>SETOFF | AMOUNT<br>OF<br>SETOFF |
|---|---|---|

**14. Property held for another person**

None          List all property owned by another person that the debtor holds or controls.
☒

| NAME AND<br>ADDRESS OF OWNER | DESCRIPTION AND<br>VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None          If the debtor has moved within the three years immediately preceding the commencement of this case, list
☐          all premises which the debtor occupied during that period and vacated prior to the commencement of this case.
          If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 418 S Sixth St<br>Colwich KS 67030 | | 2007 through 11/2010 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

---

### 16. Spouses and Former Spouses


None

     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

       NAME

---

### 17. Environmental Sites

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

     "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

     "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None

    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None

    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

**18. Nature, location and name of business**

None

☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| CalMarc Construction LLC | 75-3117326 | PO Box 404 Colwich KS 67030 | contractor - construction | 2007 through Nov. 2010 |
| A&M Hardware Company | 26-4838830 | 341 W Wichita St Colwich KS 67030 | Hardware Store | 2009 through 2010 |
| CalMarc Farms LLC | | PO Box 404 Colwich KS 67030 | Farming | |
| Duracast Concrete (dba only) | | PO Box 404 Colwich KS 67030 | Concrete | |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

**19. Books, record and financial statements**

None ☐    a.     List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

Amanda Boyles

None ☒    b.     List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☒    c.     List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☒    d.     List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ☒    a.     List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

None b.    List the name and address of the person having possession of the records of each of the two inventories
☒ reported in a., above.

DATE OF INVENTORY                      NAME AND ADDRESSES OF CUSTODIAN OF
INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST

None b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☒ directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS              TITLE            NATURE AND PERCENTAGE OF
STOCK OWNERSHIP

**22. Former partners, officers, directors and shareholders**

None a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year
☐ immediately preceding the commencement of this case.

NAME                ADDRESS           DATE OF WITHDRAWAL

Michael Boyles           CalMarc Construction

Amanda Boyles           A&M Hardware

None b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☒ terminated within one year immediately preceding the commencement of this case.

NAME AND ADDRESS             TITLE           DATE OF TERMINATION

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

**23. Withdrawals from a partnership or distribution by a corporation**

None ☐    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Michael Boyles | 2010 Distribution | $17,662 - distribution from CalMarc |

**24. Tax Consolidation Group**

None ☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds**

None ☒    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

*   *   *   *   *   *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 01/13/2011     Signature of Debtor     /s/ Michael Wayne Boyles

MICHAEL WAYNE BOYLES

Date 01/13/2011     Signature of Joint Debtor     /s/ Amanda Renee Boyles

AMANDA RENEE BOYLES

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF

<u>  0  </u> continuation sheets attached

***Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____       _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____    _____
Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.0-756 - 32442-302Y-04210 - Adobe PDF